IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY L. RANKINS                                                                                           PETITIONER

v.                                              Case No.  6:21-cr-6103

TRAVIS HILL                                                                                                  RESPONDENT

**ORDER**

Before the Court is the Report and Recommendation filed August 20, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 9.  Judge Bryant recommends that Jeremy Rankins' Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody sentence be denied without prejudice, because it is not yet ripe for consideration.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*  Accordingly, Rankins' Petition (ECF No. 1) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge